IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEFTALI VELAZQUEZ,<br><br>   *Plaintiff,*<br><br> v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 25-3720 |

## ORDER

**AND NOW**, this 12th day of January, 2026, upon consideration of Neftali Velazquez's Amended Complaint (Dkt. No. 12), the Motion to Dismiss by Tracy Byard, William Holmes, Thomas Gaul, Thorsten Lucke, William Sierra, John Verrecchio, Robert Wilkins and James Clark (Dkt. No. 16) and Velazquez's response (Dkt. No. 20), it is **ORDERED** that the Motion is **GRANTED in part and DENIED in part**.

1. The fabrication of evidence, *Brady*, malicious prosecution, conspiracy and supervisory liability claims under federal and state law against Holmes, Clark and Wilkins are **DISMISSED without prejudice**; and

2. Velazquez may file a second amended complaint **on or before Friday, February 13, 2026**, consistent with the accompanying Memorandum.

              BY THE COURT:

              ***/s/ Gerald J. Pappert***
              Gerald J. Pappert, J.