**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NEFTALI VELAZQUEZ,

       *Plaintiff,*

   v.

CITY OF PHILADELPHIA, et al.,

       *Defendants.*

CIVIL ACTION
NO. 25-3720

## <u>ORDER</u>

**AND NOW**, this 13th day of May, 2026, upon consideration of Nicholas Liermann and the Philadelphia District Attorney's Office's Motion to Dismiss (Dkt. No. 32) and Neftali Velazquez's Response (Dkt. No. 37), it is **ORDERED** the Motion is **GRANTED in part and DENIED in part**.  Velazquez's fabrication of evidence claim against Liermann is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.